# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3046
LT Case No. 16-2022-CF-006159-A

_____

DAMON TREYVON LIGON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Damon Treyvon Ligon, Blountstown, pro se.

No Appearance for Appellee.

July 9, 2026

PER CURIAM.

AFFIRMED.

WALLIS, EDWARDS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____